Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 31 PM 4: 17

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 10-37685 WTT |
| | ) | Chapter 7 |
| KENDALL C. COLVIN, | ) | |
| | ) | **DEPOSIT OF FUNDS FOR SMALL** |
| Debtor. | ) | **CLAIMS** |



Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.10% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 3 | Intermountain Health Care, Inc.<br>PO Box 27808<br>Salt Lake City, UT 84127-0808 | $1.12 |
| 4 | Calvary Portfolio Services, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595 | $0.62 |

2

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 6 | Smart Dental Care<br>2180 East 4500 South<br>Suite 250<br>Salt Lake City, UT 84117 | $0.69 |
| 7 | US Department of Education<br>PO Box 65128<br>St. Paul, MN 55165 | $0.89 |
| 9 | Knight Adjustment Bureau<br>404 East 4500 South, #A34<br>Salt Lake City, UT 84107 | 1.10 |

3. A check in the amount of $4.42 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 31st day of October, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

4851-3570-8941, v. 1

2